# PICK & ZABICKI LLP
ATTORNEYS AT LAW
369 Lexington Avenue, 12th Floor
New York, New York 10017

Douglas J. Pick
Eric C. Zabicki

Telephone: (212) 695-6000
Facsimile: (212) 695-6007
E-mail: DPick@picklaw.net

November 12, 2019

**VIA E-MAIL & FEDERAL EXPRESS**
Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Korean Radio Broadcasting, Inc. – Involuntary Chap. 7 Case No. 19-46322 (ESS)</u>

Dear Judge Stong:

    My office is counsel to Multicultural Radio Broadcasting, Inc., the petitioning creditor in the above-captioned involuntary case. I write in response to the letter dated November 11, 2019 addressed to Your Honor by John G. McCarthy, Esq., counsel to alleged debtor Korean Radio Broadcasting, Inc., requesting a telephonic conference with the Court to discuss a possible enlargement of the alleged debtor's time to respond to the involuntary petition.

    Respectfully, and for the reasons more fully set forth in my e-mail correspondence to Mr. McCarthy on November 11, 2019, a copy of which is enclosed herewith, the petitioning creditor opposes the alleged debtor's request. I stand ready to participate in a telephonic conference with the Court concerning this matter at a mutually agreeable date and time.

                                               Respectfully,

                                               */s/Douglas J. Pick*

                                               Douglas J. Pick

Encl.
cc:    John G. McCarthy, Esq. (via ECF)