Return Date: December 4, 2019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                            :
In re:                                                      :   Case No. 19-46322-ess
                                                            :
KOREAN RADIO BROADCASTING, INC.,                            :
                                                            :   Chapter 7
                Alleged Debtor.
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF MOTION TO DISMISS THE CASE

**PLEASE TAKE NOTICE** that upon the annexed Motion of Alleged Debtor Korean Radio Broadcasting, Inc., a hearing will be held before the Hon. Elizabeth S. Stong, to consider the motion for an Order, pursuant to 11 U.S.C. §§ 305, 707(a), 1334, dismissing the involuntary petition filed in the above-captioned Chapter 7 case.

**Date & Time of Hearing:** December 4, 2019, at 9:30 am

**Location:** U.S. Bankruptcy Court
271-C Cadman Plaza East
Courtroom 3585
Brooklyn, New York 11201

Dated: New York, New York
       November 13, 2019

SMITH, GAMBRELL & RUSSELL, LLP

By:    /s/ John G. McCarthy
       John G. McCarthy

*Attorneys for Alleged Debtor
Korean Radio Broadcasting, Inc.*

1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Tel: (212) 907-9700
Fax: (212) 907-9800
jmccarthy@sgrlaw.com